IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES HIGGINS**                                         **PETITIONER**

VS.                       **CASE NO. 5:08CV00068 SWW**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                       **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE