IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES HIGGINS**                                                           **PETITIONER**

**VS.**                         **CASE NO. 5:08CV00068 SWW**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                         **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 19th day of August, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE